ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 17 2020

By: JAMES N. HATTEN, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>FESTUS ANYIAM | Criminal Indictment<br><br>No. **1:20-CR-219** |

THE GRAND JURY CHARGES THAT:

## Counts One Through Four
*Theft of Government Money*
(18 U.S.C. § 641 and § 2)

1. On or about the dates listed below, in the Northern District of Georgia and elsewhere, the defendant, FESTUS ANYIAM, aided and abetted by others unknown to the Grand Jury, did steal, purloin, and knowingly convert to his use and the use of another, money and a thing of value of the United States having a value of more than $1,000, that is, tax refund money from the United States Department of Treasury that had been fraudulently issued to the below-listed identity theft victims and deposited in Bank of America Account Number 1214 as reflected below:

| Count | Date | Victim | Amount Deposited into Bank of America Account Number 1214 |
|---|---|---|---|
| 1 | 6/24/2015 | C.R. and S.C. | $2,000 |
| 2 | 6/24/2015 | S.C. and P.C. | $2,000 |
| 3 | 6/26/2015 | C.A. and F.A. | $1,970 |
| 4 | 6/29/2015 | M.L. and J.S. | $2,000 |

All in violation of Title 18, United States Code, Section 641 and Section 2.

### Count Five
*Money Laundering*
(18 U.S.C. § 1956(a)(1)(B)(i) and § 2)

2. On or about October 28, 2015, in the Northern District of Georgia, the defendant, FESTUS ANYIAM, aided and abetted by others unknown to the Grand Jury, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce and foreign commerce, that is, the purchase of a cashier's check in the amount of $406,624.89, which transaction involved the proceeds of specified unlawful activity, that is, theft of government funds, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transaction, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) and Section 2.

2

**Forfeiture**

3.  The Grand Jury re-alleges and incorporates herein by reference the factual allegations set forth in paragraphs 1 through 2.

4.  Upon conviction for one or more of the offenses alleged in Counts 1-4 of this Indictment, the defendant, FESTUS ANYIAM, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property constituting or derived from proceeds obtained directly or indirectly as a result of said violations.

5.  Upon conviction of the offense alleged in Count 5, the defendant, FESTUS ANYIAM, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in the money laundering offense and all property traceable to such property including, but not limited to, a sum of money in United States currency representing the total amount of money involved in each offense for which the defendant is convicted.

6.  If, as a result of any act or omission of the defendant, any property subject to forfeiture:

    a.  Cannot be located upon the exercise of due diligence;

    b.  Has been transferred or sold to, or deposited with, a third person;

    c.  Has been placed beyond the jurisdiction of the Court;

    d.  Has been substantially diminished in value; or

    e.  Has been commingled with other property which cannot be subdivided without difficulty;

The United States intends, pursuant to Title 18, United States Code, Section 982(b) and Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c) to seek forfeiture of any property of said defendant up to the value of the forfeitable property.

A _Trall_ _____ BILL

_Xplane S. Billingsly_
FOREPERSON

BYUNG J. PAK
  *United States Attorney*

*Thomas J. Krepp*

THOMAS J. KREPP
  *Assistant United States Attorney*
Georgia Bar No. 346781

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4